IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 02-30636
Summary Calendar
_____

ERIC GANT,

                                        Plaintiff - Appellant,

                    versus

CADDO BOSSIER ASSOCIATION FOR
RETARDED CHILDREN, also known as
A R C Caddo Bossier,

                                        Defendant - Appellee.
_____

Appeal from the United States District Court
for the Western District of Louisiana
(01-CV-1527)
_____
November 27, 2002

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Eric Gant appeals the district court's summary judgment dismissing his claims of racially discriminatory failure to promote and retaliatory discharge.  In a thorough and well-reasoned opinion, the district court held that Gant's former employer, Caddo Bossier Association for Retarded Children, was entitled to summary judgment because Gant did not offer any evidence that his former employer's proffered reason for failing to promote him -- that is, that the candidate selected was better qualified than Gant -- was a pretext for racial discrimination.  With regard to Gant's

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

retaliation claim, the district court held that Gant did not engage in any "protected activity."

Based on our consideration of the briefs and our <u>de novo</u> review of the summary judgment record, we conclude that the district court committed no reversible error in granting summary judgment in favor of Caddo Bossier Association for Retarded Children. We therefore AFFIRM the summary judgment, essentially for the reasons stated in the district court's Memorandum Ruling. See <u>Gant v. Caddo Bossier Association for Retarded Children a/k/a The ARC of Caddo-Bossier</u>, No. 01-1527 (W.D. La. May 22, 2002).

A F F I R M E D.